| LOUIS EDWARD LLOYD, SR. | * | NO. 2023-C-0637 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| INTERNATIONAL PAPER CO., ET AL. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

RLB

**BELSOME, J., DISSENTS**

    I would deny the writ.